Wayne T. Schoeneberg, Schoeneberg & Hamilton, L.C., St. Peters, for appellant.

Jill S. Bollwerk, St. Louis, for respondent.

Before HOFF, P.J., and GARY M. GAERTNER, and RHODES RUSSELL, JJ.

ORDER

PER CURIAM.

Appellant, Herman Armstead ("plaintiff"), appeals the summary judgment of the Circuit Court of the City of St. Louis in favor of respondent, Tech Electronics, Inc. ("defendant"), on plaintiff's slip and fall action against defendant. We affirm.

We have reviewed the briefs of the parties, the legal file, and the transcript and find the judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence, and does not erroneously declare or apply the law. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).

Before JAMES R. DOWD, P.J., and LAWRENCE G. CRAHAN, J., and RICHARD B. TEITELMAN, J.

ORDER

PER CURIAM.

Michael Burke, Movant, appeals the circuit court's judgment denying his Rule 24.035 motion without a hearing. Movant claims his decision to plead guilty was involuntary because neither his counsel nor the court explained to him that he would have to serve 60 percent of his sentence before being eligible for parole.

We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

**STATE ex rel. Leroy ADAMS, Shelby County Collector, Appellant,**

v.

**SHELBY COUNTY COMMISSION, Gary Million, (Presiding) Commissioner, Jim Mettes, Commissioner, Jerry Conrad, Commissioner, and Shelby County, Missouri, Respondents.**

No. 73289.

Missouri Court of Appeals,
Eastern District,
Northern Division.

Nov. 24, 1998.

**Michael BURKE, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 73435.

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 24, 1998.

Rosemary D. McGuire, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Jeffrey R. Curl, Clayton & Curl, L.L.C., Hannibal, for appellant.

D. Keith Henson, Paule, Camazine & Blumenthal, Daniel P. Card, II, St. Louis, Steven E. Raymond, Shelbyille, for respondent.